Robert L. Starr (SBN183052)
Matthew A. Giovannucci. (SBN 311732)
**THE LAW OFFICE OF ROBERT L. STARR, APC**
23901 Calabasas Road, Suite 2072
Calabasas, California 91302
Telephone: (818) 225-9040
Facsimile: (818) 225-9042
robert@starrlaw.com
matthew@starrlaw.com

Stephen M. Harris, (SBN 110626)
**THE LAW OFFICE OF STEPHEN M. HARRIS, APC**
6230 Canoga Avenue, Suite 1500
Woodland Hills, California 91367
Telephone: (818) 924-3103
Facsimile (818) 924-3079
Stephen@smh-legal.com

Attorneys for Plaintiff ROSAURA DERAS, individually and on behalf of a class of similarly situated individuals

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAURA DERAS, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.<br><br>Defendant. | Case No.: 3:17-cv-05452 (JST)<br>[Assigned for all Purposes to the Hon. Jon S. Tigar, Courtroom 9]<br><br>**Hon. Jon S. Tigar**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RELATING TO BRIEFING SCHEDULE ON MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

The parties have stipulated to modify the briefing schedule relating to defendant's motion to dismiss the First Amended Complaint, scheduled for hearing on March 8, 2018. The parties' stipulation is GRANTED.

The opposition to said motion shall be filed by Plaintiff no later than February 15, 2018, while the reply to the opposition shall be filed no later than March 1, 2018.

**IT IS SO ORDERED**.   The motion hearing is continued from March 8, 2018, to March 22, 2018.

DATED: January 18, 2018

Jon S. Tigar
United States District Judge