**HERZFELD & RUBIN, P.C.**
Michael B. Gallub (Admitted *Pro Hac Vice*)
E-mail: mgallub@herzfeld-rubin.com
Jeffrey L. Chase (Admitted *Pro Hac Vice*)
E-mail: jchase@herzfeld-rubin.com
125 Broad Street
New York, N.Y. 10004
Telephone (212) 471-8500; Facsimile (212) 344-3333

**HERZFELD & RUBIN LLP**
Craig L. Winterman (Bar No. 75220)
E-mail: cwinterman@hrllp-law.com
10866 Wilshire Blvd., Suite 800
Los Angeles CA 90024
Telephone: (310) 553-0451; Facsimile: (310) 553-0648

*Counsel for Defendant Volkswagen Group of America, Inc.*

**THE LAW OFFICE OF STEPHEN M. HARRIS, P.C.**
Stephen M. Harris (SBN 110626)
E-mail: Stephen@smh-legal.com
6230 Canoga Avenue, Suite 1500
Woodland Hills, California 91367
Tel: (818) 924-3103; Facsimile: (818) 924-3079

*Counsel for Plaintiff Rosaura Deras*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAURA DERAS, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Defendant. | Case No.: 17-cv-05452- JST<br>AND ORDER<br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Judge: Jon S. Tigar** |

---

1

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE     CASE NO. 3:17-CV-05452 -JST

WHEREAS on September 20, 2017, Plaintiff Rosaura Deras ("Plaintiff") filed her Complaint;

WHEREAS on November 13, 2017, pursuant to a stipulated extension of time, Defendant filed a motion to dismiss Plaintiff's Complaint;

WHEREAS on November 24, 2017, Plaintiff filed a First Amended Complaint;

WHEREAS, pursuant to a stipulated extension of time, Defendant filed a motion to dismiss the First Amended Complaint on January 15, 2018;

WHEREAS on May 16, 2018, the Court *sua sponte* continued the Case Management Conference that was scheduled for May 23, 2018 to July 18, 2018, due to the court's forthcoming order on Defendant's motion to dismiss;

WHEREAS on May 17, 2018, the Court issued its Order granting in part and denying in part Defendant's motion to dismiss;

WHEREAS because counsel for Defendant has a prior travel commitment prior to and on July 18, 2018, counsel for all parties have agreed, subject to the Court's approval, to continue the July 18, 2018 Case Management Conference to July 25, 2018, or if that date is not available, to such other date thereafter that is convenient to the Court;

WHEREAS the agreed-to continuance will not prejudice any party, nor will it otherwise alter the date of any event or deadline already fixed by Court order, and this stipulated request is being filed at least 14 days before the scheduled conference as required by Rule 6-1(b) of the Local Civil Rules of the United States District Court for the Northern District of California;

THEREFORE, pursuant to Civil L.R. 6-1(b) and 6-2, it is hereby stipulated by and between Plaintiff and Defendant, through their respective counsel, that the Case Management Conference be continued to July 25, 2018, or if that date is not available, to such other date

///
///
///
///
///

thereafter that is convenient for the Court, and that the July 11, 2018 date for filing an updated Joint Case Management Statement be adjusted accordingly.

**IT IS SO STIPULATED**.

Dated:  May 17, 2018                    HERZFELD & RUBIN P.C.


                                              By: */s/ Michael Gallub*
                                                  Michael B. Gallub (*Pro hac vice*)
                                                  Attorney for Defendant,
                                                  VOLKSWAGEN GROUP OF AMERICA, INC.


Dated:  May 17, 2018                    THE LAW OFFICE OF STEPHEN M. HARRIS, P.C.


                                              By: */s/ Stephen M. Harris*
                                                  Stephen M. Harris (SBN 110626)
                                                  Attorney for Plaintiff,
                                                  ROSAURA DERAS

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Case Management Conference is continued to  August 1, 2018.

The Parties shall file an updated Joint Case Management Statement by  July 23, 2018.

Dated: May 21, 2018

                                                                  Honorable Jon S. Tigar
                                                                  United States District Court Judge