# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAURA DERAS, ALEXANDER SANTIAGO and MARIA ELENA SANTIAGO, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Defendant. | Case No: 3:17-cv-05452-JST<br><br>[PROPOSED] ORDER GRANTING STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED FILING<br><br>**Judge: Jon S. Tigar** |

The parties have stipulated to a briefing schedule relating to Defendant VWGoA's anticipated motion to dismiss Plaintiff's Second Amended Complaint, and to continue the August 1, 2018 Case Management Conference and the July 23, 2018 date for filing an updated Joint Case Management Statement. The Parties' stipulation is GRANTED.

Defendant VWGoA's motion to dismiss shall be filed on or before July 30, 2018.

Plaintiffs' opposition shall be filed on or before August 29, 2018.

VWGoA's Reply to the opposition shall be filed on or before September 14, 2018.

The hearing on VWGoA's motion to dismiss will be held on ~~October 4~~ November 1, 2018 (if the Court wishes to hold a hearing).

1

[PROPOSED] ORDER GRANTING STIPULATION RE BRIEFING SCHEDULE          Case No. 3:17-cv-05452

The Case Management Conference is continued from August 1, 2018 to __December 12, 2018__ at 2:00 p.m. (a date after determination of VWGoA's motion to dismiss, ~~or if the Court wishes to hold a hearing on VWGoA's motion to dismiss, the same day as the hearing~~).

The date for filing an updated Joint Case Management Statement is continued from July 23, 2018 to __December 3, 2018__.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June __26__, 2018

                                                                                                                       _____
                                                                                                                       Hon. Jon S. Tigar
                                                                                                                       United States District Judge