**HERZFELD & RUBIN, P.C.**
Michael B. Gallub
E-mail: *mgallub@herzfeld-rubin.com*
Jeffrey L. Chase
E-mail : *jchase@herzfeld-rubin.com*
125 Broad Street
New York, N.Y. 10004
Tel.: (212) 471-8500 – Fax: (212) 344-3333

(Admitted *Pro Hac Vice*)

**HERZFELD & RUBIN LLP**
Craig L. Winterman (SBN 75220)
E-mail: *cwinterman@hrllp-law.com*
10866 Wilshire Blvd., Suite 800
Los Angeles, California 90024
Tel.: (310) 553-0451– Fax: (310) 553-0648

*Counsel for Defendant*

**THE LAW OFFICES OF STEPHEN M. HARRIS, P.C.**
Stephen M. Harris (SBN 110626)
E-mail: *Stephen@smh-legal.com*
6230 Canoga Avenue, Suite 1500
Woodland Hills, California 91367
Tel.: (818) 924-3103 – Fax: (818) 924-3079

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAURA DERAS, ALEXANDER SANTIAGO, and MARIA ELENA SANTIAGO, individually and on behalf of a class of similarly situated individuals, | Case No.: 3:17-cv-05452 - JST |
| Plaintiffs, | **STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| VOLKSWAGEN GROUP OF AMERICA, INC., | Judge: Jon S. Tigar |
| Defendant. | |

1

WHEREAS on September 20, 2017, Plaintiff Rosaura Deras ("Plaintiff") filed her Complaint;

WHEREAS on November 13, 2017, pursuant to a stipulated extension of time, Defendant filed a motion to dismiss Plaintiff's Complaint;

WHEREAS on November 24, 2017, Plaintiff filed a First Amended Complaint;

WHEREAS on January 15, 2018, pursuant to a stipulated extension of time, Defendant filed a motion to dismiss the First Amended Complaint;

WHEREAS on May 16, 2018, the Court *sua sponte* continued the Case Management Conference that was scheduled on May 23, 2018 to July 18, 2018, due to the Court's forthcoming decision and order on Defendant's motion to dismiss;

WHEREAS on May 17, 2018, the Court issued its Order granting in part Defendant's motion to dismiss, with leave to file a further Amended Complaint;

WHEREAS on May 21, 2018, pursuant to a stipulated request, the Court continued the Case Management Conference from July 18, 2018 to August 1, 2018;

WHEREAS on June 16, 2018, Plaintiffs filed a Second Amended Complaint;

WHEREAS on June 26, 2018, pursuant to stipulated request, the Court continued the Case Management Conference that was scheduled for August 1, 2018 to December 12, 2018, which the Court noted was "a date after determination of VWGoA's motion to dismiss";

WHEREAS, on July 27, 2018, pursuant to a stipulated extension of time, Defendant filed a motion to partially dismiss the Second Amended Complaint, which was fully briefed by September 13, 2018;

WHEREAS on October 25, 2018, the Court vacated the hearing on Defendant's motion to dismiss that was scheduled for November 1, 2018, finding the matter suitable for disposition without oral argument;

WHEREAS Defendant's motion to dismiss the Second Amended Complaint is *sub judice*;

WHEREAS because the Court's ruling on Defendant's motion to dismiss the Second Amended Complaint will determine which claims are subject to litigation, and will therefore

materially impact the Case Management Conference, as well as the formulation of an updated Joint Case Management Statement, counsel jointly and respectfully request, in accordance with the Court's June 26, 2018 Order, that the Case Management Conference be held after the Court decides Defendant's motion to dismiss the Second Amended Complaint;

WHEREAS counsel have conferred and agreed, subject to the Court's approval, that the Case Management Conference be continued from December 12, 2018 to January 16, 2019, at 2:00 p.m., or if the motion to dismiss has not yet been decided, to such date thereafter that is convenient to the Court, and that the date for filing an updated Joint Case Management Statement be adjusted accordingly;

WHEREAS the agreed-to and requested continuance will not otherwise alter the date of any event or deadline already fixed by Court order, and this stipulated request is being filed 14 days before the scheduled conference as required by Rule 6-1(b) of the Local Civil Rules of the United States District Court for the Northern District of California;

NOW THEREFORE, pursuant to Rules 6-1(b) and 6-2 of the Local Civil Rules of the United States District Court for the Northern District of California, it is hereby stipulated by and between Plaintiffs and Defendant, through their undersigned counsel, and respectfully requested that the Court continue the Case Management Conference from December 12, 2018 to January 16, 2019, at 2:00 p.m., or if the pending motion to dismiss has not yet been decided, to such other date thereafter that is convenient to the Court, and that the current December 3, 2018 filing date for the updated Joint Case Management Statement be extended accordingly.

**IT IS SO STIPULATED**.

Dated: November 27, 2018                    **HERZFELD & RUBIN P.C.**


By:     s/ *Michael B. Gallub*
        Michael B. Gallub (*pro hac vice*)
        Attorney for Defendant,
        Volkswagen Group of America, Inc.





1    Dated: November 27, 2018

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THE LAW OFFICE OF STEPHEN M. HARRIS, P.C.**

By: ___/s/ *Stephen M. Harris*___
      Stephen M. Harris
      **Attorney for Plaintiff**

1

## ATTESTATION UNDER LOCAL RULE 5-1(i)(3)

2

3       I, Craig L. Winterman, am the ECF User whose ID and password are being used to file

4  this Stipulation Continuing Case Management Conference pursuant to Civil L.R. 6-2.   In

5  compliance with Local Rule 5-1(i)(3), I hereby attest that Stephen M. Harris, counsel for

   Plaintiff, has concurred in this filing.

6

7  Dated: November 28, 2018                    By:        s/*Craig L. Winterman*
8                                                         HERZFELD & RUBIN LLP
9                                                         10866 Wilshire Blvd. Suite 800
                                                          Los Angeles, CA 90024
10                                                        Tel: 310-553-0451
                                                          Fax: 310-553-0648
11                                                        Email: *Cwinterman@hrllp-law.com*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28