# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAURA DERAS, ALEXANDER SANTIAGO, and MARIA ELENA SANTIAGO, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Defendant. | Case No.: 3:17-cv-05452- JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Jon S. Tigar |

The parties have stipulated to continue the December 12, 2018 Case Management Conference and the December 3, 2018 date for filing an updated Joint Case Management Statement.

The Parties' stipulation is GRANTED.

The Case Management Conference is continued from December 12, 2018, to January 23, 2019, at 2:00 p.m.

1

The date for filing an updated Joint Case Management Statement is continued from December 3, 2018, to January 16, 2019.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 28, 2018

_____
Hon. Jon S. Tigar
United States District Judge