Stephen M. Harris (SBN 110626)
Email: *Stephen@smh-legal.com*
The Law Office of Stephen M. Harris, P.C.
6230 Canoga Avenue, Suite 1500
Woodland Hills, California 91367
Tel: (818) 924-3103; Facsimile: (818) 924-3079

*Counsel for Plaintiffs*

Michael B. Gallub
E-mail: *mgallub@herzfeld-rubin.com*
Herzfeld & Rubin, P.C.
125 Broad Street
New York, New York 10004
Telephone (212) 471-8500; Facsimile (212) 344-3333
(Admitted *Pro Hac Vice*)

Craig L. Winterman (SBN 75220)
E-mail: *cwinterman@hrllp-law.com*
Herzfeld & Rubin LLP
10866 Wilshire Blvd., Suite 800
Los Angeles, California 90024
Telephone: (310) 553-0451; Facsimile: (310) 553-0648

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAURA DERAS, ALEXANDER SANTIAGO, and MARIA ELENA SANTIAGO, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Defendant. | CASE NO: 17-cv-05452<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Judge: Jon S. Tigar** |

WHEREAS on September 20, 2017, Plaintiff Rosaura Deras ("Plaintiff") filed her Complaint;

WHEREAS on November 13, 2017, pursuant to a stipulated extension of time, Defendant filed a motion to dismiss Plaintiff's Complaint;

WHEREAS on November 24, 2017, Plaintiff filed a First Amended Complaint;

WHEREAS, pursuant to a stipulated extension of time, Defendant filed a motion to dismiss the First Amended Complaint on January 15, 2018;

WHEREAS on May 16, 2018, the Court *sua sponte* continued the Case Management Conference that was scheduled on May 23, 2018 to July 18, 2018, due to the Court's forthcoming decision and order on Defendant's motion to dismiss;

WHEREAS on May 17, 2018, the Court issued its Order granting in part Defendant's motion to dismiss, with leave to file a further Amended Complaint;

WHEREAS on May 21, 2018, pursuant to a stipulated request, the Court continued the Case Management Conference from July 18, 2018 to August 1, 2018;

WHEREAS on June 16, 2018, Plaintiffs filed a Second Amended Complaint;

WHEREAS on June 26, 2018, pursuant to stipulated request, the Court continued the Case Management Conference that was scheduled for August 1, 2018 to December 12, 2018, which the Court noted was "a date after determination of VWGoA's motion to dismiss";

WHEREAS, on July 27, 2018, pursuant to a stipulated extension of time, Defendant filed a motion to partially dismiss the Second Amended Complaint, which was fully briefed by September 13, 2018;

WHEREAS on October 25, 2018, the Court vacated the hearing on Defendant's motion to dismiss that was scheduled for November 1, 2018, finding the matter suitable for disposition without oral argument;

WHEREAS Defendant's motion to dismiss the Second Amended Complaint is *sub judice*;

WHEREAS because the Court's ruling on Defendant's motion to dismiss the Second Amended Complaint will determine which claims are subject to litigation, and will therefore materially impact the Case Management Conference, as well as the formulation of an updated Joint Case Management Statement, counsel jointly and respectfully requested, in accordance with the Court's Order on June 26, 2018, that the Case Management Conference be held after the Court decides Defendant's motion to dismiss the Second Amended Complaint,

WHEREAS based upon that request, the Court continued the Case Management Conference from December 12, 2018 to January 23, 2019;

WHEREAS counsel for Plaintiffs has a calendar conflict with the presently scheduled date for the Case Management Conference of January 23, 2019, and Defendant's motion to dismiss the Second Amended Complaint is currently *sub judice*;

WHEREAS based upon Plaintiffs' counsel's conflict, and the fact that the determination of the Motion to Dismiss will materially impact the Case Management Conference, counsel for the parties have agreed, subject to the Court's approval, that the Case Management Conference be continued from January 23, 2019 to March 20, 2019 at 2:00 p.m. or to a date thereafter that is convenient to the Court, and that the date for filing an updated Joint Case Management Statement be adjusted accordingly;

WHEREAS the agreed-to and requested continuance will not otherwise alter the date of any event or deadline already fixed by Court order, and this stipulated request is being filed 14 days before the scheduled conference as required by Rule 6-1(b) of the Local Civil Rules of the United States District Court for the Northern District of California;

NOW THEREFORE, pursuant to Rules 6-1(b) and 6-2 of the Local Civil Rules of the United States District Court for the Northern District of California, it is hereby stipulated by and between Plaintiffs and Defendant, through their undersigned counsel, and respectfully requested, that the Court continue the Case Management Conference from January 23, 2019 to March 20, 2019, at 2:00 p.m., or to such other date thereafter that is convenient to the Court, and that the

current January 16, 2019 filing date for the updated Joint Case Management Statement be extended accordingly.

**IT IS SO STIPULATED**.

Dated: January 7, 2019     THE LAW OFFICE OF STEPHEN M. HARRIS, P.C.

By:  /s/ Stephen M. Harris
Stephen M. Harris (SBN 110626)
Attorney for Plaintiffs

Dated: January 7, 2019     HERZFELD & RUBIN P.C.

By:  s/ *Michael B. Gallub*
Michael B. Gallub (*pro hac vice*)
Attorney for Defendant,
Volkswagen Group of America, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Case Management Conference is continued to  _____

Dated:

_____
Jon S. Tigar, U.S.D.J.

-5-

**ATTESTATION UNDER LOCAL RULE 5-1(i)(3)**

I, Stephen M. Harris, am the ECF User whose ID and password are being used to file this Stipulation Continuing Case Management Conference pursuant to Civil L.R. 6-2. In compliance with Local Rule 5-1(i)(3), I hereby attest that Craig L. Winterman, and Michael B. Gallub, counsel for Defendant, have concurred in this filing.

Dated: January 7, 2019                                   By:     s/Stephen M. Harris
                                                                 Counsel for Plaintiffs