# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAURA DERAS, ALEXANDER SANTIAGO, and MARIA ELENA SANTIAGO, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Defendant. | CASE NO: 17-cv-05452<br><br>**~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Judge: Jon S. Tigar** |

The parties have stipulated to continue the January 23, 2019, Case Management Conference and the January 16, 2019 date for filing an updated Joint Case Management Statement.

The Parties' stipulation is GRANTED.

The Case Management Conference is continued from January 23, 2019, to March 20, 2019 at 2:00 p.m.

The date for filing an updated Joint Case Management Statement is continued from January 16, 2019 to March 13, 2019.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 9, 2019

Hon. Jon S. Tigar, United States
District Court Judge

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

-1-

Order    CASE NO. 3:17-cv-05452