United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAURA DERAS,<br><br>      Plaintiff,<br><br>   v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>      Defendant. | Case No. 17-cv-05452-JST   (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 81 |

      The parties had a telephonic hearing today concerning the joint discovery letter brief about Defendant's responses to Plaintiff's discovery requests (ECF No. 81), and an upcoming joint discovery letter brief about Plaintiff's responses to Defendant's discovery requests. The Court advised the parties that the undersigned prefers to have the specific discovery requests and responses at issue when asked to resolve a discovery dispute. The Court and the parties also discussed the need to modify the length of these joint discovery letter briefs from the five pages specified in the undersigned's standing order. Accordingly, in place of ECF No. 81, the parties shall resubmit a joint discovery letter brief concerning Defendant's discovery responses, not to exceed ten pages by each side. The parties shall submit a joint discovery letter brief concerning Plaintiff's discovery responses, not to exceed five pages by each side. Both letter briefs are due by January 31, 2020. The parties shall lodge the relevant discovery requests and responses with the Court, directed to the undersigned's attention.

      **IT IS SO ORDERED.**

Dated: January 16, 2020

THOMAS S. HIXSON
United States Magistrate Judge