Robert L. Starr (SBN183052)
**THE LAW OFFICE OF ROBERT L. STARR, APC**
23901 Calabasas Road, Suite 2072
Calabasas, California 91302
Telephone: (818) 225-9040
Facsimile: (818) 225-9042
robert@starrlaw.com

Stephen M. Harris, (SBN 110626)
**THE LAW OFFICE OF STEPHEN M. HARRIS, APC**
6230 Canoga Avenue, Suite 1500
Woodland Hills, California 91367
Telephone: (818) 924-3103
Facsimile (818) 924-3079
Stephen@smh-legal.com

Attorneys for Plaintiffs ROSAURA DERAS, ALEXANDER SANTIAGO, and MARIA ELENA SANTIAGO, individually and on behalf of a class of similarly situated individuals

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAURA DERAS, ALEXANDER SANTIAGO, and MARIA ELENA SANTIAGO, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Defendant. | Case No.: 4:17-cv-05452 (JST)(TSH)<br><br>**Hon. Jon S. Tigar**<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

Plaintiffs Rosaura Deras, Alexander Santiago and Maria Elena Santiago ("Plaintiffs"), and Defendant Volkswagen Group of America, Inc. ("VWGoA" or "Defendant"), pursuant to the Court's June 12, 2020 Order, hereby respectfully submit the following Joint Case Management Conference Statement. The phone number for the September 23, 2020 telephone conference is

(866) 384-1728; passcode: 2124718466.

## 1. STATUS OF PROPOUNDED DISCOVERY

Plaintiffs have served three sets each of Requests for Production of Documents and Interrogatories. VWGoA has responded to the first two sets, and has provided supplemental responses to the first request to produce and to the first set of interrogatories.

VWGoA has served one set of Requests for Production of Documents, and one set of Interrogatories. Plaintiffs have responded to VWGoA's requests for documents, and have provided supplemental interrogatory answers. VWGoA has conducted an inspection of Plaintiff Santiago's vehicle, and the sunroof assembly from that vehicle has been removed and is being preserved jointly by Plaintiffs and Defendant.

There are no pending discovery disputes at this time.

## 2. OTHER ISSUES BEARING ON THE PROGRESS OF THE CASE

The parties are not aware of any other issues at this time requiring the Court's attention.

Dated: September 23, 2020

THE LAW OFFICE OF STEPHEN M. HARRIS, P.C.


By:  */S/ Stephen M. Harris*
Stephen M. Harris
Attorneys for Plaintiffs
ROSAURA DERAS, ALEXANDER SANTIAGO, and MARIA ELENA SANTIAGO, individually, and on behalf of a class of similarly situated individuals

Dated: September 23, 2020

HERZFELD & RUBIN, P.C.


By:  */S/ Brian T. Carr*
Michael B. Gallub
Homer B. Ramsey
Brian T. Carr
(Admitted Pro Hac Vice)
Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

**Certification of Compliance with N.D. Cal. L.R. 5-1(i)(3) and General Order 45, Section X**

The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each signatory, in accordance with N.D. Cal. Local Rule 5-1(i)(3) and N.D. Cal. Gen. Order 45, Sec. X(B).