Robert L. Starr (SBN183052)
**THE LAW OFFICE OF ROBERT L. STARR, APC**
23901 Calabasas Road, Suite 2072
Calabasas, California 91302
Telephone: (818) 225-9040
Facsimile: (818) 225-9042
robert@starrlaw.com

Stephen M. Harris, (SBN 110626)
**THE LAW OFFICE OF STEPHEN M. HARRIS, APC**
6230 Canoga Avenue, Suite 1500
Woodland Hills, California 91367
Telephone: (818) 924-3103
Facsimile (818) 924-3079
Stephen@smh-legal.com

Attorneys for Plaintiffs ROSAURA DERAS, ALEXANDER SANTIAGO, and MARIA ELENA SANTIAGO, individually and on behalf of a class of similarly situated individuals

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAURA DERAS, ALEXANDER SANTIAGO, and MARIA ELENA SANTIAGO, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Defendant. | Case No.: 4:17-cv-05452 (JST)(TSH)<br><br>**Hon. Jon S. Tigar**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for all parties that have appeared and not previously been dismissed from the above-entitled actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject

matter of this action, the above-entitled action is hereby dismissed, without prejudice as to the uncertified class action claims, and with prejudice as to plaintiffs' individual claims, and without costs to any party as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

THE LAW OFFICE OF STEPHEN M. HARRIS, P.C.

By: */S/ Stephen M. Harris*
Stephen M. Harris
Attorneys for Plaintiffs
ROSAURA DERAS, ALEXANDER SANTIAGO, and MARIA ELENA SANTIAGO,  individually, and on behalf of a class of similarly situated individuals

Dated: October 15, 2020

HERZFELD & RUBIN, P.C.

By: */S/ Brian T. Carr*
Michael B. Gallub
Homer B. Ramsey
Brian T. Carr
(Admitted Pro Hac Vice)
Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

SO ORDERED:

_____
    U.S.D.J.

**Certification of Compliance with N.D. Cal. L.R. 5-1(i)(3) and General Order 45, Section X**

The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each signatory, in accordance with N.D. Cal. Local Rule 5-1(i)(3) and N.D. Cal. Gen. Order 45, Sec. X(B).